UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT TARKINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE BACA, et al.,<br><br>    Defendants. | Case No. CV 08-3569-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:    April 1, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA08CV03569PA-J.wpd